## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| JIMMY D. SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | Civil No. 13-3637 (JRT/JSM)<br><br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

Jimmy D. Scott, Apt 203, 2095 Dotte Drive, in care of Tom Baker, White Bear Lake, MN 55110, *pro se* plaintiff,

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated March 14, 2014. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is DENIED; and

2. This action is DISMISSED WITHOUT PREJUDICE.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 22, 2014
at Minneapolis, Minnesota               s/John R. Tunhiem
                                        JOHN R. TUNHEIM
                                        United States District Judge